TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00694-CV

Doug Reames, Appellant

v.

Ralph Myrick, and West General Insurance Company, In Receivership, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 92-17383, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING 

PER CURIAM

 Doug Reames has filed a Motion to Dismiss Appeal. We grant the motion and
dismiss this appeal. See Tex. R. App. P. 42.1(a)(2).

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: May 20, 1999

Do Not Publish